IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,                        ) | 1:08-cv-0405 AWI DLB |
|                                        ) | |
| **Plaintiff**,                         ) | ORDER DISMISSING SUN |
|                                        ) | LIFE FINANCIAL AND |
| v.                                     ) | COMMUNITY HOSPITALS OF |
|                                        ) | CENTRAL CALIFORNIA dba |
| SUN LIFE ASSURANCE COMPANY             ) | COMMUNITY MEDICAL |
| OF CANADA, SUN LIFE FINANCIAL,         ) | CENTERS EMPLOYEE |
| COMMUNITY HOSPITALS OF                 ) | BENEFIT PLAN |
| CENTRAL CALIFORNIA dba                 ) | |
| COMMUNITY MEDICAL CENTERS              ) | |
| EMPLOYEE BENEFIT PLAN and              ) | |
| DOES 1 through 10,                     ) | |
|                                        ) | |
| **Defendants**.                        ) | |
| _____) | |

On April 4, 2008, Plaintiff filed a notice of voluntary dismissal with prejudice of Defendant Sun Life Financial and Defendant Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan under Federal Rule of Civil Procedure 41(a)(1).

In <u>Wilson v. City of San Jose</u>, the Ninth Circuit explained:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing <u>Hamilton v. Shearson-Lehman American Express</u>, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary

judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised her right to voluntarily dismiss her complaint under Rule 41(a)(1) against Defendant Sun Life Financial and Defendant Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan, this case has terminated as to Defendant Sun Life Financial and Defendant Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan. See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED as to Defendant Sun Life Financial and Defendant Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan in light of the Plaintiff's Rule 41(a)(1) Notice of Dismissal.

IT IS SO ORDERED.

**Dated:   April 7, 2008**            /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE