Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Plaintiff LAURA WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and DOES 1-10<br><br>　　　　　　Defendants. | Case No.:  1:08-CV-00405-AWI-DLB<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR PLAINTIFF'S FILING OF PETITION TO AUGMENT ADMINISTRATIVE RECORD** |

　　　　Pursuant to Local Rule 6-144(e), the parties hereby stipulate and agree that Plaintiff shall be allowed to file a Petition to Augment on Monday, December 1, 2008.   Said Petition and supporting documents have already been served electronically on Wednesday, November 26, 2008 and were filed on Monday, December 1, 2008.   Any opposition to said Petition shall be filed and served electronically by December 12, 2008 and any Reply shall be filed and served electronically by December 15, 2008.  The hearing for said motion shall take place on Friday, December 19, 2008 at 9:00 a.m. in Courtroom 9 pursuant to the Judge's July 1, 2008 Scheduling Order.

///

///

///

1  The parties further stipulate and agree that counsel may participate and appear by
2  telephone for the December 19, 2008 hearing.

3  Dated: December 3, 2008          Respectfully submitted,

4  JACOBSON, HANSEN, NAJARIAN & McQUILLAN

6  By: /S/  STEVE M. McQUILLAN
   STEVEN M. McQUILLAN, Attorneys for
7  Plaintiff, LAURA WILLIAMS

8  OGLETREE, DEAKINS, NASH SMOAK &
9  STEWART, P.C.

10
11 By:/S/  Eric P. Mathisen
   Eric P. Mathisen (PHV), Attorneys for Sun Life
   Assurance Company of Canada, Sun Life Financial
12

13 IT IS SO ORDERED

14 DATED: December 6, 2008          /s/   Dennis   L.   Beck
15                                  U.S. MAGISTRATE JUDGE

---

Stipulation and Order to Shorten Time for Plaintiff's Filing of Petition to Augment Administrative Record
Page 2