Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Plaintiff, LAURA WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>             Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN and DOES 1-10<br><br>             Defendants. | Case No.:  1:08-CV-00405-AWI-DLB<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, wherein the parties stipulate to reinstate defendant Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan.  A copy of the proposed Second Amended Complaint is attached hereto.

IT IS FURTHER STIPULATED that defendants acknowledge service of a copy of the amendment and the date set for response or objection thereto shall be January 12, 2009.

///

///

///

1  ///

2  ///

3  Dated:  December 30, 2008        JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By:___s/ StevenM. McQuillan___
STEVEN M. McQUILLAN, Attorneys for Plaintiff, CISLYN BLACKWOOD

Dated: December 23, 2008         OGLETREE, DEAKINS, NASH, SMOAK & STEWART

By:_s/ _Eric P Mathisen_____
ERIC MATHISEN, Attorneys for Defendant, SUN LIFE ASSURANCE COMPANY of CANADA

ORDER

IT IS SO ORDERED:

　　　Pursuant to the stipulation of the parties, Plaintiff may file a Second Amended Complaint reinstating Community Hospitals of Central California dba Community Medical Centers Employee Benefit Plan as a defendant in this action.

Dated: 30 December 2008            /s/ Dennis L. Beck
                                   DENNIS L. BECK
                                   U.S. MAGISTRATE JUDGE