IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS, ) | no. 1:08-CV-00405-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | JUNE 5, 2009 HEARING DATE |
| v. ) | AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| SUN LIFE ASSURANCE COMPANY ) | |
| OF CANADA, et al., ) | |
| ) | |
| Defendants. ) | |

    Defendants' motion to respond to augmented administrative record has been set for hearing in this case before Magistrate Judge Dennis L. Beck on June 5, 2009.  This case has been transferred to District Judge Anthony W. Ishii.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, in anticipation of the transfer, IT IS HEREBY ORDERED that the previously set hearing date of June 5, 2009, is VACATED, and the parties shall not appear at that time.  As of June 5, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **June 1, 2009**             /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE