Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Plaintiff, LAURA WILLIAMS

LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
ERIC MATHISEN, Indiana Bar No. 19475-71
Eric.mathisen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:    (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for SUN LIFE ASSURANCE COMPANY OF CANADA and COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>                Plaintiff,<br>   v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE FINANCIAL, COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN and DOES 1-10<br><br>                Defendants. | Case No.:  1:08-CV-00405-AWI-DLB<br><br>**STIPULATION AND ORDER** |

      Plaintiff filed her Complaint under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereafter "ERISA"), seeking recovery of long term disability benefits. Trial is currently scheduled for February 3, 2010.

      Pursuant to the October 16, 2009 Scheduling Order, Defendants filed their Trial Brief on

November 2, 2009. Plaintiff Laura Williams has filed her Trial Brief on December 16, 2009. Defendants' Response/Reply Brief was filed on January 15, 2010 and Plaintiff will file her Reply Brief on or before January 29, 2010.

The parties through their respective counsel have conferred and agree that the most cost effective and expedient manner for resolution of the dispute is to waive oral argument and submit the case for decision after the filing of trial briefs on the administrative record.

**WHEREFORE**, the parties request the Court's approval for judicial review on the respective trial briefs and the administrative record without oral argument.

Dated: January 26, 2010                JACOBSON, HANSEN, NAJARIAN & MCQUILLAN

                                       By:   /s/ STEVEN M. McQUILLAN

                                             Steven Michael McQuillan
                                             Attorney for Plaintiff, LAURA WILLIAMS


                                       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                       By:   /s/ ERIC MATHISEN

                                             Eric Mathisen
                                             Attorney for Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA and COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN


**ORDER**

IT IS SO ORDERED.


Dated:   **January 26, 2010**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE