# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE FINANCIAL, COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN and DOES 1-10,<br><br>　　　　Defendants. | NO. 1:08-CV-00405 AWI DLB<br><br>ORDER AWARDING INTERIM ATTORNEY FEES<br><br>[Document # 66] |

　　Pursuant to the Findings of Fact and Conclusions of Law and entered by this Court on May 27, 2010, awarding Plaintiff interim attorney fees, and the stipulation of the parties filed on June 9, 2010, through their respective attorneys of record that Plaintiff Laura Williams be awarded interim attorney fees and costs for the total amount of $54,852.00;

　　IT IS HEREBY ORDERED that Plaintiff Laura Williams is awarded interim attorney fees and costs in the amount of $54,852.00.

IT IS SO ORDERED.

Dated:   **June 9, 2010**　　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE