Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Plaintiff LAURA WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>    Plaintiff,<br>v.<br>SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE FINANCIAL, COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN and DOES 1-10<br><br>    Defendants. | Case No.:  1:08-CV-00405-AWI-DLB<br><br>**STIPULATION AND ORDER AWARDING LONG TERM DISABILITY BENEFITS THROUGH SEPTEMBER 17, 2007** |

  Pursuant to the Findings of Fact and Conclusions of Law and entered by this Court on May 26, 2010, awarding Plaintiff long term disability benefits for the time period until September 17, 2007;

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Laura Williams be awarded long term disability benefits for the time period until September 17, 2007, in the amount of $2,518.45.

Dated:  June 17, 2010        JACOBSON, HANSEN, NAJARIAN & McQUILLAN


                  By:____s/ StevenM. McQuillan____
                  STEVEN  M.  McQUILLAN, Attorneys for Plaintiff, LAURA WILLIAMS

Dated: June 16, 2010                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART


By: s/ Eric P Mathisen
ERIC MATHISEN, Attorneys for Defendant, SUN LIFE ASSURANCE COMPANY of CANADA


ORDER

IT IS HEREBY ORDERED that Plaintiff Laura Williams is awarded long term disability benefits for the time period until September 17, 2007, in the amount of $2,518.45.

IT IS SO ORDERED.

Dated:   June 17, 2010                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE