LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
ERIC MATHISEN, Indiana Bar No. 19475-71
Eric.mathisen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA,
AND COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA
DBA COMMUNITY MEDICAL
CENTERS EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAURA WILLIAMS,<br><br>             Plaintiff,<br>      v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA dba COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN and DOES 1-10<br><br>             Defendants. | Case No.:  1:08-CV-00405-AWI-DLB<br><br>**JOINT NOTICE OF INTENT TO PROCEED AND ORDER FOR FURTHER JOINT NOTICE** |
|---|---|

Pursuant to the Findings of Fact and Conclusions of Law and entered by this Court on May 27, 2010, the parties file their Joint Notice of Intent to Proceed.

Counsel for the parties have conferred and discussed this matter on several occasions. The parties agree that additional information and records are necessary before being able to provide an indication of the unresolved issues. A disagreement may exist between the parties as to how the case is to be resolved once they have each obtained the additional medical records and information.  The parties are currently cooperating in obtaining additional medical and financial information and updated claim forms.  The parties are hopeful that further information will be available in the next 60 days. In the event that the

parties are at that time unable to resolve their differences, they will provide the Court with a more detailed report of the unresolved issues and each parties' understanding of how, based on this Court's previous ruling, the case is to proceed.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the parties provide a further joint notice of intent to proceed by August 23, 2010.

Dated:  June 23, 2010                      JACOBSON, HANSEN, NAJARIAN & McQUILLAN


By:   s/ Steven M. McQuillan
STEVEN M. McQUILLAN, Attorneys for Plaintiff, LAURA WILLIAMS


Dated: June 23, 2010                       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ Eric P. Mathisen
ERIC MATHISEN,
ATTORNEYS FOR DEFENDANTS, SUN LIFE ASSURANCE COMPANY OF CANADA AND COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA DBA COMMUNITY MEDICAL CENTERS EMPLOYEE BENEFIT PLAN

ORDER

IT IS HEREBY ORDERED that the parties shall file a further joint notice of intent to proceed not later than August 23, 2010.

IT IS SO ORDERED.

Dated:   June 23, 2010                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE