1  Steven M. McQuillan, No. 107339
   JACOBSON, HANSEN, NAJARIAN & McQUILLAN
2  A Professional Corporation
   1690 W. Shaw Avenue, Suite 201
3  Fresno, California 93711
   Telephone: (559) 448-0400
4  Facsimile: (559) 448-0123

5
   Attorneys for Plaintiff LAURA WILLIAMS
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  LAURA WILLIAMS,                      Case No.:  1:08-CV-00405-AWI-DLB

11              Plaintiff,               **APPLICATION FOR ORDER FOR**
                                         **ADDITIONAL TIME TO FILE JOINT**
12      v.                               **NOTICE OF INTENT TO PROCEED**

13  SUN LIFE ASSURANCE COMPANY OF
    CANADA, SUN LIFE FINANCIAL, COMMUNITY
14  HOSPITALS OF CENTRAL CALIFORNIA dba
    COMMUNITY MEDICAL CENTERS EMPLOYEE
15  BENEFIT PLAN and DOES 1-10

16              Defendants.

17

18      Plaintiff, LAURA WILLIAMS, through her attorney, Steven M. McQuillan of Jacobson,

19  Hansen, Najarian & McQuillan, respectfully submits that the parties request an additional

20  45 days to file a Further Joint Notice of Intent to Proceed.

21      Defendants counsel of record, Eric Mathiesen, has indicated to Plaintiff's counsel

22  that Defendants hereby consent to this extension of time and have no objections,

23  however a stipulation cannot be reasonably obtained as Mr. Mathiesen is out of town and

24  unable to receive documents and endorse a stipulation for extension of time.

25  ///

26  ///

27  ///

28

_____
APPLICATION FOR ORDER FOR ADDITIONAL TIME TO FILE JOINT NOTICE OF INTENT TO PROCEED 1:08-
CV-00405-AWI-DLB – Page 1

1    Accordingly, the parties respectfully request an order to extend the time to file a

2  Joint Notice of Intent to Proceed to October 7, 2010.

3  Dated:  August 20, 2010

4                                JACOBSON, HANSEN, NAJARIAN & McQUILLAN

5

6

7                          By:____/S/  STEVE M. McQUILLAN_____
                                STEVEN M. McQUILLAN, Attorneys for
8                                Plaintiff, LAURA WILLIAMS

9

10                                     **ORDER**

11    IT IS HEREBY ORDERED that the parties are to provide a further Joint Notice of

12  Intent to Proceed by October 7, 2010.

13

14

15  IT IS SO ORDERED.

16  Dated:  _August 20, 2010___        _____
17                                CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28