1  Steven M. McQuillan, No. 107339
   JACOBSON, HANSEN, NAJARIAN & McQUILLAN
2  A Professional Corporation
   1690 W. Shaw Avenue, Suite 201
3  Fresno, California 93711
   Telephone: (559) 448-0400
4  Facsimile: (559) 448-0123

5
   Attorneys for Plaintiff LAURA WILLIAMS
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | LAURA WILLIAMS,                    | Case No.:  1:08-CV-00405-AWI-DLB

11 |            Plaintiff,              | **STIPULATION OF DISMISSAL**

12 |      v.

13 | SUN LIFE ASSURANCE COMPANY OF
   | CANADA, SUN LIFE FINANCIAL,
   | COMMUNITY HOSPITALS OF CENTRAL
14 | CALIFORNIA dba COMMUNITY MEDICAL
   | CENTERS EMPLOYEE BENEFIT PLAN and
15 | DOES 1-10 ,

16 |            Defendants.

17

18         Plaintiff Laura Williams and Defendant's Sun Life Assurance Company of Canada, Sun

19 Life Financial an Community Hospitals of Central California, dba Community Medical Centers

20 by their respective counsel, hereby stipulate that the above captioned action be and is hereby

21 dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).  Each party to bear their own costs and

22 fees.

23         WHEREFORE, the parties jointly request that the court dismiss this matter with

24 prejudice.

25 Dated: October 15, 2010

26                         JACOBSON, HANSEN, NAJARIAN & McQUILLAN

27

28                         By:    /S/  STEVE M. McQUILLAN
                                  STEVEN M. McQUILLAN, Attorneys for
                                  Plaintiff, LAURA WILLIAMS

                          STIPULATION OF DISMISSAL

1

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

2

3

By: /s/ ERIC MATHISEN
    Eric Mathisen

4

Attorney for Defendant, SUN LIFE ASSURANCE
COMPANY OF CANADA

5

6

It is so Ordered. Dated: *10-19 70*

7

8

United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL