1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11   LAURA WILLIAMS,                  )    CV F 08-0405 AWI DLB
                                      )
12              Plaintiff,            )
                                      )
13        v.                          )    ORDER OF STIPULATED
                                      )
14   SUN LIFE ASSURANCE COMPANY OF )      DISMISSAL PURSUANT TO
     CANADA, SUN LIFE FINANCIAL,      )
15   COMMUNITY HOSPITALS OF           )    F.R.C.P. 41(a)(1)(ii) AND
     CENTRAL CALIFORNIA dba           )
16   COMMUNITY MEDICAL CENTERS        )    CLOSING THE CASE
     EMPLOYEE BENEFIT PLAN and        )
17   DOES 1-10                        )
                                      )
18              Defendants.           )
     _____)
19
20
21
22
23        In this action pursuant to the federal Employee Retirement Income Security Act of

24   1974 ("ERISA"), 29 U.S.C. § 1001 et seq., all remaining parties have reached settlement and

25   now move pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure to dismiss the

26   action.  Pursuant to Rule 41(a)(1)(ii), a plaintiff may voluntarily dismiss an action if she files

27   "a stipulation of dismissal signed by all parties who have appeared."  The court finds that all

28   remaining parties in this action have stipulated to dismissal with prejudice.

THEREFORE, it is hereby ORDERED that this action is hereby DISMISSED with prejudice pursuant to the stipulation of all parties, each party to bear its own costs and fees. The Clerk of the Courts shall CLOSE the CASE.


IT IS SO ORDERED.

Dated:   November 2, 2010                                                                                   
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2